IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RICHARD MICHAEL FERRARI,
    Plaintiff,

vs.                                Case No. 3:10cv34/MCR/MD

OKALOOSA COUNTY JAIL,
    Defendant.
_____

## O R D E R

    This cause is before the court upon plaintiff filing a civil rights complaint under 42 U.S.C. § 1983. (Doc. 1). Plaintiff has neither paid the $350.00 filing fee nor applied for leave to proceed *in forma pauperis*. Plaintiff's case cannot proceed until he either pays the filing fee or files a complete application for leave to proceed *in forma pauperis*. A complete application includes a motion with supporting affidavit, a prisoner consent form and a financial certificate with account attachments (a printout of the transactions in plaintiff's inmate trust account for the six-month period immediately preceding the filing of the complaint).

    Accordingly, it is ORDERED:

    1.    The clerk is directed to send plaintiff a form application for leave to proceed *in forma pauperis*. This case number shall be written on the form.

    2.    Within **twenty-eight (28) days** from the date of this order, plaintiff shall either pay the $350.00 filing fee in full, or file a complete application for leave to proceed *in forma pauperis*. Failure to do so will result in a recommendation that this case be dismissed for failure to prosecute and failure to comply with an order of the court.

    DONE AND ORDERED this 12th day of February, 2010.

                                      /s/ *Miles Davis*
                                      **MILES DAVIS**
                                      **UNITED STATES MAGISTRATE JUDGE**