IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**RICHARD MICHAEL FERRARI,**
    **Plaintiff,**

vs.                                                Case No.: 3:10cv34/MCR/MD

**OKALOOSA COUNTY JAIL,**
    **Defendant.**
_____

## REPORT AND RECOMMENDATION

       This cause is before the court upon referral from the clerk. Plaintiff commenced this action on February 3, 2010 by filing a civil rights complaint under 42 U.S.C. § 1983 (doc. 1). On March 12, 2010, the court issued an order granting plaintiff leave to proceed *in forma pauperis* and assessing an initial partial filing fee of $6.33 (doc. 4). Plaintiff paid the initial partial filing fee on April 2, 2010 (doc. 6). A receipt was mailed to him on April 5, 2010 at his address of record; however, it was returned as undeliverable on April 9, 2010 marked, "Return to Sender Not in Jail," Return to Sender, Not Deliverable as Addressed, Unable to Forward." (Doc. 7). Over thirty days have elapsed, and plaintiff has not filed a change of address form or otherwise notified the court of his new address.

       Accordingly, it is respectfully RECOMMENDED that this cause be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to keep the court informed of his current address, and that the clerk be directed to close the file.

       At Pensacola, Florida, this 24th day of May, 2010.

                                                  /s/ *Miles Davis*
                                                  MILES DAVIS
                                                  UNITED STATES MAGISTRATE JUDGE

## NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>. A copy of objections shall be served upon all other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636;** ***United States v. Roberts***, **858 F.2d 698, 701 (11th Cir. 1988).**