IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**RICHARD MICHAEL FERRARI,**

    **Plaintiff,**

**vs.**                                 **Case No. 3:10cv34/MCR/MD**

**OKALOOSA COUNTY JAIL,**

    **Defendant.**

    _____/

**O R D E R**

    **Upon consideration of the Report and Recommendation of the Magistrate Judge filed on May 24, 2010, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.**

    **Accordingly, it is now ORDERED as follows:**

    **1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.**

    **2.    This case is DISMISSED WITHOUT PREJUDICE for plaintiff's failure to keep the court informed of his current address, and the clerk is directed to close the file.**

    **DONE AND ORDERED this 25th day of June, 2010.**

                                        s/ *M. Casey Rodgers*
                                        **M. CASEY RODGERS**
                                        **UNITED STATES DISTRICT JUDGE**